UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 25-cv-80766-McCabe

THOMAS LANE,
      Plaintiff,

v.

SARAH WEBER, et al.,

      Defendants.
_____/

## ORDER OF INSTRUCTIONS TO PRO SE LITIGANTS

THIS CAUSE comes before the Court sua sponte.  Plaintiff appears to be proceeding pro se in this case.  Plaintiff is advised of the following instructions pertaining to pro se litigants:

1. Pro se litigants must adhere to the Federal Rules of Civil Procedure and the Local Rules of the Southern District of Florida.

2. Pro se litigants must keep the Court informed of their current address at all times.  If a pro se litigant's address changes and no change of address is promptly filed with the Clerk of Court, this case may be dismissed for lack of prosecution.  A change of address must be labeled "Notice of Change of Address" and must not include any motions or other information except for the new address and the effective date of the change.

3. No original pleading or document shall be sent directly to a Judge of this Court.  Any paper submitted directly to a Judge, rather than to the Clerk, will be disregarded.

4. Pro se litigants shall not send letters to the Court or to the Clerk of Court.  If a pro se litigant requests relief from the Court, a motion—that is, a document requesting that relief—must be filed on the Court's docket and copies of that motion must be furnished

to the opposing party. Letters are neither motions nor pleadings and will be discarded without appearing on the docket.

5. A pro se plaintiff is responsible for prosecuting their case, participating in discovery, filing necessary pleadings and motions, and complying with all scheduling orders. A trial date has not yet been set.

6. Pro se litigants who wish to oppose a motion must file a written response within the deadline set by the Federal Rules of Civil Procedure and Local Rules. If the Court orders a pro se litigant to respond by a specific date, he or she must comply.

7. Pro se litigants—and their family, friends, or acquaintances—may not call the Judge's chambers for legal advice.

8. All filings must be filed with the Clerk of Court. Filings may not be sent to the Clerk via e-mail. Filings must be hand delivered or mailed to the Clerk of Court. The Court will determine timeliness based on the postmark date.

9. All filings must include the case style, case number, and an appropriate title, formatted in accordance with the Local Rules. *See* Sample Form Following Local Rule 5.1. The signature block must also contain the pro se litigant's name, address, and telephone number. Each such submission shall include (1) a copy of the document and (2) a certificate of service, in which the pro se litigant shall state the date a true and accurate copy was mailed to the opposing party or their counsel.

10. Pro se litigants may complete and submit to the Clerk of Court a "Consent by Pro Se Litigant to Receive Electronic Filing" form. This form can be obtained from the Clerk's Office. If pro se litigants opt to do so, they will more quickly receive filings in this case via email.

**DONE AND ORDERED** in Chambers at West Palm Beach in the Southern District of Florida, this 7th day of August.

_____
RYON M. MCCABE
U.S. MAGISTRATE JUDGE

cc:   counsel of record; Plaintiff, pro se.